LISP
Alfred Clark
5613 HARMONY AVE.
LAS VEGAS, NEVADA  89107
702-559-8668
Liteone62@yahoo.com
Plaintiff, In Proper Person

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD
APR 0 4 2023
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE STATE
OF NEVADA

Alfred Clark

    Plaintiff,

vs.

USBANK NATIONAL ASSOCIATION;
WESTERN PROGRESSIVE – NEVADA, INC.;
PHH MORTGAGE SERVICES
    Defendants.

Case No.:

NOTICE OF PENDENCY OF ACTION

2:23-cv-00493-GMN-BNW

## LIS PENDENS

PLEASE TAKE NOTICE that this action was commenced in the above named court by the above entitled Plaintiff against the above entitled Defendants, and is now pending.

The Plaintiff alleges a real property claim affecting real property located at 5613 Harmony Ave., Las Vegas, Nevada  89107.

The land herein referred to is situation in the County of CLARK, State of NEVADA and bears the legal description as follows:

    1.    5613 Harmony Ave., Las Vegas, Nevada 89107 (the "Property"), further described as Assessor's Parcel Number 138-36-110-054, with the following description:

    PARCEL 1:

1 | Legal Description: Lot 20, in Block 6, of Charleston Heights Tract No. 31-A, in
2 | the City of Las Vegas, County of Clark, State of Nevada, as shown on map filed in Book 6, Page
3 | 49 of Maps, in the office of the County Recorder of said County.

4

5

6 | **VERIFICATION**

7 | I am the Plaintiff in this case. The foregoing complaint is true of my own knowledge,
8 | except as to those matters stated on information or belief, and as to those matters, I believe it to
9 | be true.

10

11 | DATED this __4__ day of _April_, 20_23_.

12

13 | Pursuant to NRS 53.045, I declare under penalty of
14 | perjury that the foregoing is true and correct.

15

16

17 | By: _[signature]_
18 | Alfred Clark, All Rights Reserved

19 | 5613 HARMONY AVE.
20 | LAS VEGAS, NEVADA  89107
   | 702-559-8668
21 | Liteone62@yahoo.com
   | Plaintiff, In Propria Persona

22

23

24

25

## JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

State of Nevada    )
                   ) subscribed and affirmed:
County of Clark    )

On this __4th__ day of __April__, 2023, before me, the undersigned, a Notary Public in and for State of Nevada, Alfred Clark, personally appeared before me, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that he has executed the same.

Signed: _____                    Seal

Printed Name: Angeleena Reyes

Date: 4/4/2023

My Commission Expires: May 18 2026

ANGELEENA REYES
Notary Public, State of Nevada
No. 22-0762-01
My Appt. Exp. May 18, 2026

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the __4__ day of __April__, 20__23__, I placed a true and correct copy of the foregoing LIS PENDENS in the United States Mail, with first-class postage prepaid, addressed to the following:

PHH Mortgage Services
P.O.BOX 24738     Certified Mail No.7021-2720-0000-8802-3697
West Palm Beach, FL  33416

Western Progressive – Nevada, Inc.
1000 Abernathy Road NE, Bldg. 400
Suite 200          Certified Mail No.7021-2720-0000-8802-3703
Atlanta, GA  30328

USBank National Association
60 Livingston Ave.  Certified Mail No.7021-2720-0000-8802-3710
St. Paul, MN  55107

DATED this __4__ day of __April__, 20__23__.

Pursuant to NRS 53.045, I declare under penalty of perjury that the foregoing is true and correct.

By: _____

Alfred Clark, All Rights Reserved