```
LISP
Alfred Clark
5613 HARMONY AVE.
LAS VEGAS, NEVADA  89107
702-559-8668
Liteone62@yahoo.com
Plaintiff, In Proper Person
```

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
APR 0 6 2023
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT FOR THE STATE OF NEVADA

Alfred Clark

　　　　Plaintiff,

vs.

USBANK NATIONAL ASSOCIATION;
WESTERN PROGRESSIVE – NEVADA, INC.;
PHH MORTGAGE SERVICES
　　　　Defendants.

Case No.2:23-cv-00493-GMN-BNW

**NOTICE OF LIS PENDENS**

APN# 138-36-110-054

## LIS PENDENS

NOTICE IS HEREBY GIVEN

That an action has been commenced in the United States District Court in The State of Nevada by the above-named Plaintiff against the above name Defendants, which action is now pending.

The land herein referred to is situation in the County of CLARK, State of NEVADA and bears the legal description as follows: 5613 Harmony Ave., Las Vegas, Nevada 89107 (the "Property"), further described as Assessor's Parcel Number 138-36-110-054, with the following description:

PARCEL 1:

Legal Description:  Lot 20, in Block 6, of Charleston Heights Tract No. 31-A, in the City of Las Vegas, County of Clark, State of Nevada, as shown on map filed in Book 6, Page 49 of Maps, in the office of the County Recorder of said County.

## AFFIRMATION

Pursuant to NRS 14.010, Notice of pendency of actions affecting real property the foregoing is true and correct.

DATED this 6 day of April, 2023.

By: _Alfred Clark_
Alfred Clark,

5613 HARMONY AVE.
LAS VEGAS, NEVADA 89107
702-559-8668
Liteone62@yahoo.com
Plaintiff, In Propria Persona