Alfred Clark
5613 Harmony Ave.
Las Vegas, NV 89107
in Propria persona

UNITED STATES DISTRICT COURT FOR

THE STATE OF NEVADA

ALFRED CLARK,

    Plaintiff,

vs.

US BANK, NATIONAL ASSOCIATION,

WESTERN PROGRESSIVE - NEVADA, INC.,

PHH MORTGAGE SERVICES

    Defendant(s).

Case No. 2:23-cv-00493-GMN-BNW
MOTION FOR LEAVE TO AMEND



FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD
JUN 0 7 2023
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                                   DEPUTY

## MOTION FOR LEAVE TO AMEND ORIGINAL COMPLAINT
## MEMORANDUM AND POINTS OF AUTHORITY

    Comes now, Alfred Clark, (hereinafter Plaintiff), do depose and say that I am competent to testify and that I have personal, first-hand knowledge of the matters herein, and that I am of the age of majority, and that the contents of this Motion to amend original complaint are true and correct to the best of my knowledge.

    Plaintiff Respectfully request this court of record to grant this motion for leave to amend original complaint, in addition that of wrongful foreclosure, not limited to insider trading, as defendants have now completed there unlawful foreclosure process the Illegal selling of plaintiff private property commonly known as 5613 harmony Ave. Las Vegas NV 89107, and recorded on or about June 6th of 2023.

1  Defendant(s) PHH mortgage (hereafter PHH,) US Bank (hereafter US BANK) and
2  Western progressive hereafter (WP), Have completed there unlawful foreclosure, as
3  there is now new evidence that supports this motion to amend,
4  This motion to amend is timely made and will not prejudice defendants named
5  herein, the same would be an error to refuse permission to amend and deny Plaintiffs
6  right to assert new cause of action with merit, that has been created by the defendants
7  post filing of plaintiffs original complaint see (Morgan v. super.Ct (1959) 172
8  Cal.App.2d 527,530)
9  Plaintiff Alfred Clark respectfully ask this court of record to grant this motion for
10 leave to amend as it is rip as well as warranted.

12 Sincerely Alfred Clark

20 " THIS SPACE INTENTIONALLY LEFT BLANK"

# VERIFICATION OF MOTION FOR LEAVE TO AMEND

Subscribed and affirmed, without prejudice, with all rights reserved, the undersigned, Alfred Clark, Principal, declares under penalty of perjury, under the laws of the United States of America, states as follows: All the facts herein are true, correct of my own personal knowledge.

IN WITNESS WHEREOF I hereunto set my hand and seal on this ____7____ day of __June__, __2023__ and here by certify all the statements made above are true, correct and complete.

_____
Alfred Clark
5613 Harmony Ave
Las Vegas, NV 89107

## ORDER

IT IS ORDERED that ECF No. 21 is DENIED without prejudice for failure to comply with LR 15-1 ("Unless the court orders otherwise, the moving party must attach the proposed amended pleading to a motion seeking leave of the court to file an amended pleading. The proposed amended pleading must be complete in and of itself without reference to the superseded pleading and must include copies of all exhibits referred to in the proposed amended pleading.").

IT IS FURTHER ORDERED that the parties must meet and confer regarding Plaintiff's motion to amend the complaint by June 23, 2023. *See* LR 16-1(d) ("Unless the court orders otherwise, the moving party must attach the proposed amended pleading to a motion seeking leave of the court to file an amended pleading. The proposed amended pleading must be complete in and of itself without reference to the superseded pleading and must include copies of all exhibits referred to in the proposed amended pleading."). If the parties agree, they may file a stipulation; otherwise, Plaintiff may refile his motion to amend along with a meet-and-confer certification and his proposed amended complaint.

IT IS SO ORDERED
DATED: 6:07 pm, June 09, 2023



BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I certify that a copy of this motion for leave to amend and any attachments was served by USPS mail on the persons listed below:

_____
Signature

Wright, Finlay & Zak, LLP
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117

Date Served  6/7/2023

4